No. 73, Misc. Crutchers *v.* Skeen, Warden. Supreme Court of Appeals of West Virginia. Certiorari

denied.   Petitioner *pro se*.   *John G. Fox*, Attorney General of West Virginia, and *T. D. Kauffelt*, Assistant Attorney General, for respondent.